DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 026P16 | Shaka Greene v. Trustee Services of Carolina, LLC and US Bank, N.A. <br><br> In the Matter of the Foreclosure of Real Property Under Deed of Trust from Jeffrey S. Kenley and Laura L. Kenley, in the Original Amount of $296,700, and Dated September 29, 2005 and Recorded on September 30, 2005, in Book 3935 at Page 427, of Union County Registry | 1. Plt's Motion for Temporary Stay (COA15-90 & COA15-97) <br><br> 2. Plt's Petition for *Writ of Supersedeas* | 1. Allowed **01/22/2016** <br><br> 2. |
| --- | --- | --- | --- |
| 027P16 | State v. Keyshawn Jones | 1. State's Motion for Temporary Stay (COA15-804) <br><br> 2. State's Petition for *Writ of Supersedeas* <br><br> 3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/26/2016** <br><br> 2. <br><br> 3. |
| 035PA12-2 | Connie Chandler, Employee, by her Guardian ad Litem, Celeste M. Harris v. Atlantic Scrap & Processing, Employer, and Liberty Mutual Insurance Company, Carrier | 1. Defs' Motion for Temporary Stay (COA14-1351) <br><br> 2. Defs' Petition for *Writ of Supersedeas* <br><br> 3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/06/2016** <br><br> 2. <br><br> 3. |
| 040P15-5 | State v. Napoleon Junior Rankin | Def's *Pro Se* Motion for PDR (COA07-1232) | Dismissed <br><br> **Ervin, J., recused** |
| 080A14 | State v. David Martin Beasley Young | . | Special Order |
| 081A14 | State v. Dominque Javon Perry | | Special Order |
| 082A14 | State v. Sethy Tony Seam | | Special Order |